UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| THOMAS J. DAVIS., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:18-CV-00096-LEW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) | |
| Defendant | ) | |

## ORDER

On January 10, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision.  The time within which to file objections expired on January 25, 2019, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 23) of the Magistrate Judge is AFFIRMED and ADOPTED.  The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 7th day of February, 2019.

/s/ Lance E. Walker
U.S. DISTRICT JUDGE